UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CUMMINGHAM KIMBLE, | No. 2:17-cv-1233 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2020, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 15. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 30, 2020, are adopted in full;

1

2. For the reason set forth in the findings and recommendations (ECF No. 15) and in the July 13, 2020 order to show cause (ECF No. 11) the petition is dismissed as untimely.

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: August 24, 2020

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE